**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re

Richard Lee Taylor

                                       CHAPTER   7
                                       CASE NO.   19-10272-KKS

      Debtor

_____/

**MOTION FOR RELIEF FROM STAY FILED BY LAKEVIEW LOAN SERVICING, LLC REGARDING REAL PROPERTY**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

      Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

      If you object to the relief requested in this paper, you must file your objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Tallahassee, FL 32301 and serve a copy on the movant's attorney Nicole Mariani Noel, Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      LAKEVIEW LOAN SERVICING, LLC ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor, and states:

      1.      For value received, the Debtor executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor.

      2.      The Debtor executed and delivered a Mortgage to Creditor securing said indebtedness with the following property: **REAL PROPERTY LOCATED: 8904 NW 190 TERRACE ALACHUA, FL 32615, LEGALLY DESCRIBED AS: SEE ATTACHED EXHIBIT "A"** ("Collateral").

3. Movant is entitled to enforce the Note and Mortgage. Copies of the relevant loan documents are attached hereto as Exhibits "1" & "2".

4. Creditor is owed the amounts referenced in the attached Affidavit plus any changes accruing subsequent to the date of the Affidavit.

5. The Debtor defaulted under the terms of the Note and/or Mortgage with Creditor by failing to make all payments when due as specified in the attached Affidavit, Exhibit "3".

6. The Debtor, and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

7. The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor without payments to Creditor.

8. The Debtor and the estate may lack equity in the Collateral.

9. The Collateral is not necessary to an effective reorganization.

10. Pursuant to the terms of the Promissory Note / Contract between the parties, the Debtor is obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion.

11. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor.

12. The account at issue is presently due for the payment due September 1, 2019 and all subsequent payments which have come due through the date of this Motion.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 16, 2019, by U.S. Mail and/or electronic mail via CM/ECF to: Richard Lee Taylor , 8904 NW 190th Terrace, Alachua, FL 32615; Beverly M. Taylor at his/her place of abode, 8904 NW 190th Terrace, Alachua, FL 32615; Sharon Sperling sharon@sharonsperling.com; Theresa M. Bender, Trustee tmbenderch7@gmail.com.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1912897/mdm