**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re

Richard Lee Taylor

                                                CHAPTER    7
                                                CASE NO.    19-10272-KKS

          Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC. #18) FILED BY LAKEVIEW LOAN SERVICING, LLC REGARDING REAL PROPERTY**

THIS CAUSE came on for consideration upon the Motion For Relief From Stay (DOC. #18) filed by LAKEVIEW LOAN SERVICING, LLC ("Creditor"). The Motion was served on interested parties with the Local Rule 2002-2 Negative Notice legend informing the parties of their opportunity to respond.  No party filed a response within the time permitted.  Therefore, the Court deems the matter unopposed.  Accordingly, it is

ORDERED as follows:

1.     The Motion For Relief From Stay (DOC. #18) filed by LAKEVIEW LOAN SERVICING, LLC is granted.

2.     The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the ("Collateral") described as: REAL PROPERTY LOCATED: 8904 NW 190 TERRACE ALACHUA, FL 32615, LEGALLY DESCRIBED AS: SEE ATTACHED EXHIBIT "A".

3. The relief granted here permits the Creditor to seek and obtain in rem relief against the collateral/property only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

DONE and ORDERED at Gainesville, Florida, on  January 9, 2020  .

Karen K. Specie
United States Bankruptcy Judge

NicoleMariani Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

Order Prepared By:
NicoleMariani Noel, P.O. Box 800, Tampa, FL 33603

Copies Furnished To:
Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
Richard Lee Taylor , 8904 NW 190th Terrace , Alachua, FL 32615
Beverly M. Taylor, 8904 NW 190th Terrace , Alachua, FL 32615
Sharon Sperling, Esq. PO Box 358000, Gainesville, FL 32635-8000
Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL 32317
ARVEST CENTRAL MORTGAGE COMPANY, 801 John Barrow Road Suite 1, Little Rock, AR, 72205

1912897/mdm

Exhibit "A"

A PARCEL OF LAND SITUATED IN SECTION 6, TOWNSHIP 9 SOUTH, RANGE 18 EAST, ALACHUA COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE, COMMENCE AT THE NORTHEAST CORNER OF SAID SECTION 6, THENCE RUN SOUTH 01 DEG. 31 MIN. 08 SEC. EAST ALONG THE EAST LINE OF SAID SECTION 6, A DISTANCE OF 40.00 FEET TO THE SOUTHERLY RIGHT OF WAY LINE OF COUNTY ROAD N.W. 30; THENCE RUN SOUTH 90 DEG. 00 MIN. 00 SEC. WEST, ALONG THE SOUTHERLY RIGHT OF WAY LINE OF SAID COUNTY ROAD N.W. 30, A DISTANCE OF 1201.86 FEET; THENCE RUN SOUTH 01 DEG. 42 MIN. 23 SEC. EAST, DEPARTING FROM SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 1236.33 FEET; THENCE RUN SOUTH 89 DEG. 01 MIN. 21 SEC. WEST, A DISTANCE OF 428.46 FEET TO THE POINT OF BEGINNING; THENCE RUN SOUTH 14 DEG. 22 MIN. 16 SEC. WEST, A DISTANCE OF 672.00 FEET; THENCE RUN SOUTH 89 DEG. 01 MIN. 21 SEC. WEST, A DISTANCE OF 930.01 FEET; THENCE RUN NORTH 00 DEG. 50 MIN. 50 SEC. WEST, A DISTANCE OF 637.78 FEET; THENCE RUN NORTH 89 DEG. 11 MIN. 16 SEC. EAST, A DISTANCE OF 147.02 FEET; THENCE RUN NORTH 01 DEG. 42 MIN. 23 SEC. WEST, A DISTANCE OF 10.68 FEET; THENCE RUN NORTH 89 DEG. 01 MIN. 21 SEC. EAST, A DISTANCE OF 959.54 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH A 60 FOOT INGRESS/EGRESS EASEMENT BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE, COMMENCE AT THE NORTHEAST CORNER OF SECTION 6, TOWNSHIP 9 SOUTH, RANGE 18 EAST, THENCE RUN SOUTH 01 DEG. 31 MIN. 08 SEC. EAST ALONG THE EAST LINE OF SAID SECTION 6, A DISTANCE OF 40.00 FEET TO THE SOUTHERLY RIGHT OF WAY LINE OF COUNTY ROAD N.W. 30; THENCE RUN SOUTH 90 DEG. 00 MIN. 00 SEC. WEST ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 1481.83 FEET TO THE POINT OF BEGINNING; THENCE RUN SOUTH 01 DEG. 42 MIN. 23 SEC. EAST DEPARTING FROM SAID RIGHT OF WAY LINE, A DISTANCE OF 1271.11 FEET; THENCE RUN SOUTH 89 DEG. 01 MIN. 21 SEC. WEST, A DISTANCE OF 126.09 FEET; THENCE RUN SOUTH 14 DEG. 22 MIN. 16 SEC. WEST, A DISTANCE OF 1469.26 FEET; THENCE RUN SOUTH 89 DEG. 01 MIN. 21 SEC. WEST, A DISTANCE OF 62.22 FEET; THENCE RUN NORTH 14 DEG. 22 MIN. 16 SEC. EAST, A DISTANCE OF 1531.47 FEET; THENCE RUN NORTH 89 DEG. 01 MIN. 21 SEC. EAST, A DISTANCE OF 111.07 FEET; THENCE RUN NORTH 01 DEG. 42 MIN. 23 SEC. WEST, A DISTANCE OF 1212.13 FEET TO THE AFORESAID SOUTHERLY RIGHT OF WAY LINE; THENCE RUN NORTH 90 DEG. 00 MIN. 00 SEC. EAST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 60.03 FEET TO THE POINT OF BEGINNING.